January, 1951, at the opening of court on that day and to submit to examination by plaintiff as to the contents of the contracts between it and the United States Government and between itself and the plaintiff, and to produce at that hearing such contracts or copies thereof and to permit plaintiff to inspect the same and to make copies thereof. Permission is hereby granted to plaintiff to serve an amended complaint within twenty days at the close of the examination herein directed. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

In the Matter of LOIS BAILEY, an Alleged Wayward Minor, Appellant.— Judgment appealed from unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of HERBERT D. WARRINGTON, as Committee of ELIZABETH WARRINGTON, Respondent. STATE OF NEW YORK; Appellant. (Claim No. 1796.) — Motion for leave to appeal to the Court of Appeals upon a certified question of law. Application granted, without costs, and the following question is certified: Is the order from which the appeal was taken one that the Court of Claims was authorized to make? Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 1076.]

FRANCIS J. MULLIGAN, Public Administrator of New York County, as Administrator of the Estate of GEORGE H. PIERRE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals upon a certified question of law. Application granted, without costs, and the following question is certified: Is the order from which the appeal was taken one that the Court of Claims was authorized to make? Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 437.]

In the Matter of the Claim of ALEX NAGY, Respondent, against NATIONAL CAN Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 1083.]

EVA M. MILLER, as Administratrix of the Estate of BERTIE L. MILLER, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Defendant appeals from a judgment of Supreme Court, St. Lawrence County, in favor of the plaintiff entered upon an unanimous verdict of a jury for $30,700 in an action for wrongful death, and from an order denying defendant's motion to set aside the verdict of the jury and for a new trial. Deceased was killed when his automobile, which he was driving across a grade crossing, was struck by defendant's train. The principal issue litigated was whether or not the defendant gave adequate and timely warning of the approach of its train. Upon conflicting testimony this question was submitted to the jury, as was the question of the contributory negligence of the deceased. On a previous appeal a majority of this court reversed a judgment in favor of the defendant and ordered a new trial, saying: " we are of the opinion that the weight of the